| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | D Lassen LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Super 8 Livermore | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-1394416 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**4673 Lassen Road**<br>**Livermore, CA 94550**<br>Number, Street, City, State & ZIP Code<br><br>**Alameda**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | D Lassen LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **D Lassen LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

 **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05 / 31 / 2025
               MM / DD / YYYY

X

Signature of authorized representative of debtor

Title    **Corporate Representative**

**Carlos Cuevas**
Printed name

**18. Signature of attorney**    X

Signature of attorney for debtor

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Date    05 / 21 / 2025
        MM / DD / YYYY

Contact phone    **(310) 271-6223**    Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Debtor name **D Lassen LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/21/2025          X _____
                                    Signature of individual signing on behalf of debtor

                                    **Carlos Cuevas**
                                    Printed name

                                    **Corporate Representative**
                                    Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name | D Lassen LLC

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alameda County Assessor's Office** 1221 Oak Street, Ste 145 Oakland, CA 94612 | | **Personal property tax** | | | | $170,193.00 |
| **Choice Hotels International, Inc.** 915 Meeting Street, Ste 600 Rockville, MD 20852 | | **Franchise Agreement; loan** | | | | $1,517,458.36 |
| **City of Livermore** 1052 S. Livermore Avenue Livermore, CA 94550 | | **Transient Occupancy Tax and Tourism Assessment** | | | | $13,566.14 |
| **City of Livermore** 1052 S. Livermore Avenue Livermore, CA 94550 | | vendor | | | | $4,753.07 |
| **Consolidated Hospitality Supplies, LLC** PO Box 677130 Dallas, TX 75267-7130 | | vendor | | | | $4,944.67 |
| **DM Funding LLC Steve Disarro, CEO** 6903 Congress Street Wesley Chapel, FL 33543 | | **4673 Lassen Road, Livermore, CA 94551 APN: 099-0023-007-02 Debtor is in the process of retaining an appraiser to value the property.** | | $1,825,814.02 | $5,500,000.00 | $1,825,814.02 |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 6 of 47

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FVP Investments, LLC Attn: Keith Lee / Tom Betts 1201 Broadway, Ste 701 New York, NY 10001 | | loan | | | | $275,000.00 |
| GreenLake Real Estate Finance c/o Caroline Leritz, Esq. 1416 El Centro Street, Ste 200 CA 91036 | | 4673 Lassen Road, Livermore, CA 94551 APN: 099-0023-007-02 Debtor is in the process of retaining an appraiser to value the property. | | $92,710,000.00 | $5,500,000.00 | $92,710,000.00 |
| HD Supply P.O. Box 509058 San Diego, CA 92510-9058 | | vendor | | | | $3,505.76 |
| Islandaire 500 Middle Country Road Saint James, NY 11780 | | vendor | | | | $53,585.00 |
| LG Fulfillment 1102 A1ANorth, Suite 205 Ponte Vedra Beach, FL 32082 | | vendor | | | | $2,965.41 |
| Pepe's Landscaping 403 Serenade Way San Jose, CA 95111 | | vendor | | | | $3,225.00 |
| Persona Signs, LLC 700 - 21st Street Southwest PO Box 56 Watertown, SD 57201-0056 | | vendor | | | | $8,648.19 |
| PG&E PO Box 997300 Sacramento, CA 95899-7300 | | utilities | | | | $37,606.33 |
| RMRS Capital Lenders, LLC 2204 Sinclair Street Carrollton, TX 75010 | | Promissory Note | | | | $5,000,000.00 |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 7 of 47

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State Bank of Texas** c/o Thomas J. Irons, Esq. **12655 N. Central Expressway, Suite 1016 Dallas, TX 75243** | | **4673 Lassen Road, Livermore, CA 94551** APN: **099-0023-007-02** Debtor is in the process of retaining an appraiser to value the property. | **Disputed** | $7,994,483.83 | $5,500,000.00 | $2,624,054.83 |
| **Terminix Processing Center** PO Box 802155 **Chicago, IL 60680** | | vendor | | | | $1,842.00 |
| **Trojan Systems Inc.** 60 Rickenbacker **Circle Suite A Livermore, CA 94551** | | vendor | | | | $7,500.00 |
| **Underground Lending, LLC** c/o Beacon Default Management, Inc. **30101 Agoura Court, Suite 203 Agoura Hills, CA 91301** | | **4673 Lassen Road, Livermore, CA 94551** APN: **099-0023-007-02** Debtor is in the process of retaining an appraiser to value the property. | **Disputed** | $2,548,201.00 | $5,500,000.00 | $2,548,201.00 |
| **Velocity Accounts Receivable** PO Box 631310 **Cincinnati, OH 45263-1310** | | vendor | | | | $2,721.33 |

Debtor name    **D Lassen LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    5,500,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $    130,234.13

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $    5,630,234.13

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    105,215,005.93

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $    183,759.14

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$    6,932,949.14

4.  **Total liabilities**
    Lines 2 + 3a + 3b    $    112,331,714.21

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking account** | **2156** | **$2,775.41** |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$2,775.41**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of<br>debtor's interest<br>(Where available)** | **Valuation method used<br>for current value** | **Current value of<br>debtor's interest** |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. **2013 Dodge Grand Caravan**<br>VIN ending in 6842 | | | **$6,084.00** |

48. Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. Total of Part 8.

   Add lines 47 through 50. Copy the total to line 87.

   | **$6,084.00** |
   |---|

52. Is a depreciation schedule available for any of the property listed in Part 8?
   ☑ No
   ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

Debtor **D Lassen LLC**        Case number *(if known)* _____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **4673 Lassen Road, Livermore, CA 94551 APN: 099-0023-007-02 Debtor is in the process of retaining an appraiser to value the property.** | fee simple | | | $5,500,000.00 |

---

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.            **$5,500,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>    **Business license** | | | $0.00 |

---

| 63.   **Customer lists, mailing lists, or other compilations** |
|---|
| 64.   **Other intangibles, or intellectual property** |
| 65.   **Goodwill** |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.            **$0.00**

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107?
    ☑ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No
☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ☑ No
       ☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Beds, mattresses, TV panels, headboards, tables,
       chairs, lights sconce, TVs, nightstands, wall mirrors,
       luggage racks, vanities, microwaves, refrigerators,
       phones, and miscellaneous items located in the rooms
       at the Motel.**                                                               **$121,374.72**

78.    **Total of Part 11.**                                                         **$121,374.72**
       Add lines 71 through 77. Copy the total to line 90.

79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?
       ☑ No
       ☐ Yes

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 13 of 47

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $2,775.41 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $6,084.00 | |
| 88. | Real property. *Copy line 56, Part 9.*........................................................> | | $5,500,000.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $121,374.72 | |
| 91. | Total. Add lines 80 through 90 for each column | $130,234.13 | + 91b. $5,500,000.00 |
| 92. | Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $5,630,234.13 |

Debtor name    **D Lassen LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1**   **Alameda County Treasurer and Tax Collect** <br> Creditor's Name <br><br> **Henry C. Levy,** <br> **Treasurer/Tax Collector** <br> **1221 Oak Street, Room 131** <br> **Oakland, CA 94612** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **2024-2025** <br> **Last 4 digits of account number** <br> **5500** <br> Do multiple creditors have an interest in the same property? <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **1. Alameda County Treasurer and Tax Collect** <br> **2. State Bank of Texas** <br> **3. DM Funding LLC** <br> **4. Underground Lending, LLC** <br> **5. GreenLake Real Estate Finance** | **Describe debtor's property that is subject to a lien** <br> **4673 Lassen Road, Livermore, CA 94551** <br> **APN: 099-0023-007-02** <br> **Debtor is in the process of retaining an appraiser to value the property.** <br><br> Describe the lien <br> **Property Taxes** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$129,571.00** | **$5,500,000.00** |
| **2.2**   **DM Funding LLC** <br> Creditor's Name <br><br> **Steve Disarro, CEO** <br> **6903 Congress Street** <br> **Wesley Chapel, FL 33543** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **4673 Lassen Road, Livermore, CA 94551** <br> **APN: 099-0023-007-02** <br> **Debtor is in the process of retaining an appraiser to value the property.** <br><br> Describe the lien <br> **Deed of Trust** | **$1,825,814.02** | **$5,500,000.00** |

Debtor     **D Lassen LLC**                                    Case number (if known) _____
      Name

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred

**8/5/2022**

Last 4 digits of account number

**8821**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority

**Specified on line 2.1**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **GreenLake Real Estate Finance** | | $92,710,000.00 | $5,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Caroline Leritz, Esq.**
**1416 El Centro Street, Ste**
**200**
    **CA 91036**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**4673 Lassen Road, Livermore, CA 94551**
**APN: 099-0023-007-02**
**Debtor is in the process of retaining an**
**appraiser to value the property.**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred

**4/26/2024**

Last 4 digits of account number

**4009**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Sky Unlimited, LLC** | | $6,936.08 | $6,084.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Maluk Dhami**
**1986 Bridget Marie Drive**
**Modesto, CA 95351**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2013 Dodge Grand Caravan**
**VIN ending in 6842**

Describe the lien

**Promissory Note and Security Agreement**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred

**4/30/2025**

Last 4 digits of account number

**n/a**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 16 of 47

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **State Bank of Texas** | Describe debtor's property that is subject to a lien | $7,994,483.83 | $5,500,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Thomas J. Irons, Esq.
12655 N. Central
Expressway, Suite 1016
Dallas, TX 75243**
Creditor's mailing address

**4673 Lassen Road, Livermore, CA 94551
APN: 099-0023-007-02
Debtor is in the process of retaining an
appraiser to value the property.**

**Describe the lien**
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred
**7/31/2022**
Last 4 digits of account number
**6119**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Underground Lending, LLC** | Describe debtor's property that is subject to a lien | $2,548,201.00 | $5,500,000.00 |
|---|---|---|---|---|

Creditor's Name
**c/o Beacon Default
Management, Inc.
30101 Agoura Court, Suite
203
Agoura Hills, CA 91301**
Creditor's mailing address

**4673 Lassen Road, Livermore, CA 94551
APN: 099-0023-007-02
Debtor is in the process of retaining an
appraiser to value the property.**

**Describe the lien**
**Junior Deed of Trust and Assignment of
Rents**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred
**11/16/2023**
Last 4 digits of account number
**5543**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $105,215,005.93 |
|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 3 of 4

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 17 of 47

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **State Bank of Texas**<br>**11950 Webb Chapel Road**<br>**Dallas, TX 75234** | Line **2.5** | |
| **State Bank of Texas**<br>**c/o Hatch Ray Olsen Conant LLC**<br>**Christopher J. Conant, Esq.**<br>**730 17th Street, Suite 200**<br>**Denver, CO 80202** | Line **2.5** | |
| **State Bank of Texas**<br>**c/o Thyne Taylor Fox Howard, LLP**<br>**John J. Thyne III, Esq.**<br>**205 E. Camarillo Street, Ste 100**<br>**Santa Barbara, CA 93101** | Line **2.5** | |
| **Underground Lending LLC**<br>**Shaneel Lalani**<br>**34 Peachtree Street NW, 28th Floor**<br>**Atlanta, GA 30303** | Line **2.6** | |
| **Underground Lending LLC**<br>**c/o Jennifer Settles, Esq.**<br>**1956 E. Jeanine Drive, Ste 100**<br>**Tempe, AZ 85284** | Line **2.6** | |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 18 of 47

Debtor name **D Lassen LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alameda County Assessor's Office**<br>**1221 Oak Street, Ste 145**<br>**Oakland, CA 94612** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$170,193.00** | **$170,193.00** |
| Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Personal property tax** | | |
| Last 4 digits of account number **2372** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Livermore**<br>**1052 S. Livermore Avenue**<br>**Livermore, CA 94550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,566.14** | **$13,566.14** |
| Date or dates debt was incurred<br>**10/1/24 - 12/31/24** | Basis for the claim:<br>**Transient Occupancy Tax and Tourism Assessment** | | |
| Last 4 digits of account number **4416** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

24271

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 19 of 47

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,770.14 |
|---|---|---|---|
| | **Booking.com**<br>**PO Box 74041**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/6/2025** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,517,458.36 |
|---|---|---|---|
| | **Choice Hotels International, Inc.**<br>**915 Meeting Street, Ste 600**<br>**Rockville, MD 20852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/31/2024** | Basis for the claim: **Franchise Agreement; loan** | |
| | Last 4 digits of account number **2202** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,753.07 |
|---|---|---|---|
| | **City of Livermore**<br>**1052 S. Livermore Avenue**<br>**Livermore, CA 94550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/22/2025** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **2001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,944.67 |
|---|---|---|---|
| | **Consolidated Hospitality Supplies, LLC**<br>**PO Box 677130**<br>**Dallas, TX 75267-7130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/19/2024** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **9803** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,561.72 |
|---|---|---|---|
| | **Expedia Group**<br>**c/o Travelscape, LLC**<br>**PO Box 847677**<br>**Dallas, TX 75284-7677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/5/2024** | Basis for the claim: **vendor** | |
| | Last 4 digits of account number **9535** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $275,000.00 |
|---|---|---|---|
| | **FVP Investments, LLC**<br>**Attn: Keith Lee / Tom Betts**<br>**1201 Broadway, Ste 701**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **loan** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | **G6 Hospitality Franchising LLC**<br>**6509 Wind Crest Drive,**<br>**Plano, TX 75024-3074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **Franchise vendor** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 20 of 47

| 3.8 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
**HD Supply**
P.O. Box 509058
**San Diego, CA 92510-9058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,505.76**

---

**3.9** Nonpriority creditor's name and mailing address
**Hubert Company**
25401 Network Place
**Chicago, IL 60673-1254**

Date(s) debt was incurred **11/20/2024**

Last 4 digits of account number **8869**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,307.77**

---

**3.10** Nonpriority creditor's name and mailing address
**Islandaire**
500 Middle Country Road
**Saint James, NY 11780**

Date(s) debt was incurred **12/31/2023**

Last 4 digits of account number **5300**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,585.00**

---

**3.11** Nonpriority creditor's name and mailing address
**LG Fulfillment**
1102 A1ANorth, Suite 205
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred **6/24/2023**

Last 4 digits of account number **0001**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,965.41**

---

**3.12** Nonpriority creditor's name and mailing address
**Memos Pool and Spa Service**
PO Box 1279
**Tracy, CA 95377**

Date(s) debt was incurred **12/31/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$800.00**

---

**3.13** Nonpriority creditor's name and mailing address
**Pepe's Landscaping**
403 Serenade Way
**San Jose, CA 95111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,225.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Persona Signs, LLC**
700 - 21st Street Southwest
PO Box 56
**Watertown, SD 57201-0056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,648.19**

Case: 25-40887   Doc# 1   Filed: 05/21/25   Entered: 05/21/25 14:03:17   Page 21 of 47

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,606.33 |
|---|---|---|---|

**PG&E**
PO Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2024**

Basis for the claim: **utilities**

Last 4 digits of account number **4134**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $461.92 |
|---|---|---|---|

**Plastic Card Locktec**
PO Box 679814
Dallas, TX 75267-9814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/14/2025**

Basis for the claim: **vendor**

Last 4 digits of account number **8506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $800.00 |
|---|---|---|---|

**Quore**
PO Box 6843
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2025**

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $5,000,000.00 |
|---|---|---|---|

**RMRS Capital Lenders, LLC**
2204 Sinclair Street
Carrollton, TX 75010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/26/2023**

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $590.72 |
|---|---|---|---|

**Royal Cup, Inc.**
PO Box 841000
Dallas, TX 75284-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/29/2023**

Basis for the claim: **vendor**

Last 4 digits of account number **0263**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $111.75 |
|---|---|---|---|

**SLWM**
PO Box 21583
New York, NY 10087-1583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2025**

Basis for the claim: **vendor**

Last 4 digits of account number **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $335.00 |
|---|---|---|---|

**Specialized Security Services**
4975 Preston Park Blvd., Ste 510
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,842.00 |
|---|---|---|---|

**Terminix Processing Center**
**PO Box 802155**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $7,500.00 |
|---|---|---|---|

**Trojan Systems Inc.**
**60 Rickenbacker Circle Suite A**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,721.33 |
|---|---|---|---|

**Velocity Accounts Receivable**
**PO Box 631310**
**Cincinnati, OH 45263-1310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number  8153

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,455.00 |
|---|---|---|---|

**Waterdogs Pools & Spa**
**933 Happy Valley Rd.**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 183,759.14 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,932,949.14 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 7,116,708.28 |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 23 of 47

Debtor name **D Lassen LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement between Choice Hotels International, Inc. and D Lassen LLC. Debtor wishes to reject the agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Choice Hotels International, Inc.**<br>**915 Meeting Street, Ste 600**<br>**Rockville, MD 20852** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement betwen G6 Hospitality Franchising LLC and D Lassen LLC for operationof Motel 6 Franchise. Debtor wishes to reject the agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **G6 Hospitality Franchising LLC**<br>**6509 Wind Crest Drive,**<br>**Plano, TX 75024-3074** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement between Super 8 Worldwide, Inc. and D Lassen LLC dated April 28, 2025. Debtor wishes to assume the franchise agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Super 8 Worldwide, Inc.**<br>**22 Sylvan Way**<br>**Parsippany, NJ 07054-0278** |

Case: 25-40887     Doc# 1     Filed: 05/21/25     Entered: 05/21/25 14:03:17     Page 24 of 47

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **D Lassen LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*      *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **70th Hospitality Operations LLC** | **330 Marshall Street, Ste 1000 Shreveport, LA 71101** | **GreenLake Real Estate Finance** | ■ D  **2.3** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Amandeep Dhillon** | **8762 Preston Trace Blvd. Frisco, TX 75033-3009** | **GreenLake Real Estate Finance** | ■ D  **2.3** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **Amandeep Dhillon** | **8762 Preston Trace Blvd. Frisco, TX 75033-3009** | **FVP Investments, LLC** | ☐ D ____ <br> ■ E/F  **3.6** <br> ☐ G ____ |
| 2.4 | **Amandeep Dhillon** | **8762 Preston Trace Blvd. Frisco, TX 75033-3009** | **RMRS Capital Lenders, LLC** | ☐ D ____ <br> ■ E/F  **3.18** <br> ☐ G ____ |
| 2.5 | **D 5030 Westminster, LLC** | **c/o CO Registered Agents Inc. 1942 Broadway Ste 314C Boulder, CO 80302** | **RMRS Capital Lenders, LLC** | ☐ D ____ <br> ■ E/F  **3.18** <br> ☐ G ____ |

Case: 25-40887    Doc# 1    Filed: 05/21/25    Entered: 05/21/25 14:03:17    Page 25 of 47

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                              Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | **D Airport SLC, LLC** | **8762 Preston Tracy Blvd.** <br> **Frisco, TX 75033** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **D Boulder LLC** | **c/o Nevada Registered Agent LLC** <br> **732 6th Street, Ste R** <br> **Las Vegas, NV 89101** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **D Farm LLC** | **c/o Registered Agents Inc.** <br> **1209 Mountain Rd. P NE, Ste R** <br> **Albuquerque, NM 87110** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **D Lehi, LLC** | **8762 Preston Trace Blvd** <br> **Frisco, TX 75033** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **D Martin LLC** | **c/o Nevada Registered Agent LLC** <br> **732 6th Street, Ste R** <br> **Las Vegas, NV 89101** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | **D Midvale, LLC** | **c/o Registered Agents Inc.** <br> **881 Baxter Drive, Ste 100** <br> **South Jordan, UT 84095** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | **D Mod Hotel, LLC** | **c/o California Registered Agent Inc.** <br> **1401 21st Street, Ste R** <br> **Sacramento, CA 95811** | **GreenLake Real Estate Finance** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                              Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.13 | D Murray LLC | c/o Registered Agent Inc.<br>7533 S Center View Ct. Ste R<br>West Jordan, UT 84084 | RMRS Capital<br>Lenders, LLC | ☐ D ____<br>■ E/F **3.18**<br>☐ G ____ |
| 2.14 | D Murray LLC | c/o Registered Agent Inc.<br>7533 S. Center View Ct. Ste R<br>West Jordan, UT 84084 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | D Ogden Hotel,<br>LLC | c/o Registered Agent Inc.<br>7533 S. Center View Ct., Ste R<br>West Jordan, UT 84084 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | D San Jose, LLC | c/o California Registered Agent Inc.<br>1401 21st Street, Ste R<br>Sacramento, CA 95811 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | D Shiri, LLC | c/o Registered Agents Inc.<br>201 Rue Beauregard, Ste 202<br>Lafayette, LA 70508 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | D Trac Hotel LLC | c/o California Registered Agent Inc.<br>1401 21st Street, Ste R<br>Sacramento, CA 95811 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | D Walnut, LLC | c/o California Registered Agent Inc.<br>1401 21st Street, Ste R<br>Sacramento, CA 95811 | GreenLake Real<br>Estate Finance | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |

▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                              Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.20 | D Wood Hotel, LLC | c/o Registered Agents Inc. 7533 S. Center View Ct., Ste R West Jordan, UT 84084 | RMRS Capital Lenders, LLC | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.21 | D Wood Hotel, LLC | c/o Registered Agent Inc. 7533 S. Center View Ct., Ste R West Jordan, UT 84084 | GreenLake Real Estate Finance | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.22 | Jagmohan Dhillon | 8762 Preston Trace Blvd. Frisco, TX 75033-3009 | GreenLake Real Estate Finance | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.23 | Jagmohan Dhillon | 8762 Preston Trace Blvd. Frisco, TX 75033-3009 | FVP Investments, LLC | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.24 | Jagmohan Dhillon | 8762 Preston Trace Blvd. Frisco, TX 75033-3009 | RMRS Capital Lenders, LLC | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.25 | Koval Motel LLC | c/o Nevada Registered Agent LLC 732 S 6th Street, Ste R Las Vegas, NV 89101 | GreenLake Real Estate Finance | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.26 | Paramjit Kaur | 8762 Preston Trace Blvd. Frisco, TX 75033 | GreenLake Real Estate Finance | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.
*Column 1: Codebtor*                                    *Column 2: Creditor*

| | | | | | |
|---|---|---|---|---|---|
| 2.27 | **Sierra Hospitality, Inc.** | **8762 Preston Trace Blvd. Frisco, TX 75033** | **GreenLake Real Estate Finance** | ■ D  **2.3**<br>☐ E/F<br>☐ G | |
| 2.28 | **Sparks Hotels LLC** | **c/o Gerber Law Offices, LLP 491 4th Street Elko, NV 89801** | **GreenLake Real Estate Finance** | ■ D  **2.3**<br>☐ E/F<br>☐ G | |
| 2.29 | **Surendar Singh** | **8762 Preston Trace Blvd. Frisco, TX 75033** | **GreenLake Real Estate Finance** | ■ D  **2.3**<br>☐ E/F<br>☐ G | |

Case: 25-40887   Doc# 1   Filed: 05/21/25   Entered: 05/21/25 14:03:17   Page 29 of 47

Case: 25-40887   Doc# 1   Filed: 05/21/25   Entered: 05/21/25 14:03:17   Page 30 of 47

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **D Lassen LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☐ Operating a business ■ Other   **Gross receipts** | **$364,427.17** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business ■ Other   **Gross receipts** | **$861,191.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other   **Gross receipts** | **$1,480,465.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **City of Livermore** 1052 S. Livermore Avenue Livermore, CA 94550 | 5/1/2025 | $34,503.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Tax payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RMRS Capital Lender, LLC v D Lassen, LLC, et al** 429-07030-2024 | Breach of Contract | The State of Texas Civil Citation 429th District Court Of Colling County, Texas | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2 | **State Bank of Texas v. D Lassen LLC, Underground lending, LLC, Greenlake Real Estate Finance LLC, Choice Hotels International, Inc. 25CV117967** | Verified Complaint For Appointment of Receiver | Superior Court of California County of Alameda 24405 Amador Street Hayward, CA 92700 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

<br>

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B. Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger 9454 Wilshire Blvd, 6th Floor Beverly Hills, CA 90212 | | 5/16/2025 | $26,738.00 |
| | Email or website address Michael.Berger@bankruptcypower.com | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor
    within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
    Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

### 22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sudha Potlra** <br> **8762 Preston Trace Blvd.** <br> **Frisco, TX 75033** | from inception - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amandeep Dhillon | 8762 Preston Trace Blvd. Frisco, TX 75033-3009 | Manager/Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jagmohan Dhillon | 8762 Preston Trace Blvd. Frisco, TX 75033-3009 | Manager/Member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ■ No
- ☐ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____

_____           **Carlos Cuevas**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Corporate Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ■ No
- ☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **D Lassen LLC**

Debtor(s)

Case No.
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amandeep Dhillon**<br>**8762 Preston Trace Blvd.**<br>**Frisco, TX 75033-3009** | | | |
| **Jagmohan Dhillon**<br>**8762 Preston Trace Blvd.**<br>**Frisco, TX 75033-3009** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Carlos Cuevas, as the **Corporate Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ 05/21/2025 _____      Signature _____
                                                          **Carlos Cuevas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**D Lassen LLC**

Case No.

Debtor(s).          /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __8__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

_____
Signature of Debtor's Attorney or Pro Per Debtor

70th Hospitality Operations LLC
330 Marshall Street, Ste 1000
Shreveport, LA 71101


Alameda County Assessor's Office
1221 Oak Street, Ste 145
Oakland, CA 94612


Alameda County Treasurer and Tax Collect
Henry C. Levy, Treasurer/Tax Collector
1221 Oak Street, Room 131
Oakland, CA 94612


Amandeep Dhillon
8762 Preston Trace Blvd.
Frisco, TX 75033-3009


Booking.com
PO Box 74041
Los Angeles, CA 90074


Choice Hotels International, Inc.
915 Meeting Street, Ste 600
Rockville, MD 20852


City of Livermore
1052 S. Livermore Avenue
Livermore, CA 94550


Consolidated Hospitality Supplies, LLC
PO Box 677130
Dallas, TX 75267-7130

D 5030 Westminster, LLC
c/o CO Registered Agents Inc.
1942 Broadway Ste 314C
Boulder, CO 80302


D Airport SLC, LLC
8762 Preston Tracy Blvd.
Frisco, TX 75033


D Boulder LLC
c/o Nevada Registered Agent LLC
732 6th Street, Ste R
Las Vegas, NV 89101


D Farm LLC
c/o Registered Agents Inc.
1209 Mountain Rd. P NE, Ste R
Albuquerque, NM 87110


D Lehi, LLC
8762 Preston Trace Blvd
Frisco, TX 75033


D Martin LLC
c/o Nevada Registered Agent LLC
732 6th Street, Ste R
Las Vegas, NV 89101


D Midvale, LLC
c/o Registered Agents Inc.
881 Baxter Drive, Ste 100
South Jordan, UT 84095


D Mod Hotel, LLC
c/o California Registered Agent Inc.
1401 21st Street, Ste R
Sacramento, CA 95811

D Murray LLC
c/o Registered Agent Inc.
7533 S Center View Ct. Ste R
West Jordan, UT 84084


D Murray LLC
c/o Registered Agent Inc.
7533 S. Center View Ct. Ste R
West Jordan, UT 84084


D Ogden Hotel, LLC
c/o Registered Agent Inc.
7533 S. Center View Ct., Ste R
West Jordan, UT 84084


D San Jose, LLC
c/o California Registered Agent Inc.
1401 21st Street, Ste R
Sacramento, CA 95811


D Shiri, LLC
c/o Registered Agents Inc.
201 Rue Beauregard, Ste 202
Lafayette, LA 70508


D Trac Hotel LLC
c/o California Registered Agent Inc.
1401 21st Street, Ste R
Sacramento, CA 95811


D Walnut, LLC
c/o California Registered Agent Inc.
1401 21st Street, Ste R
Sacramento, CA 95811


D Wood Hotel, LLC
c/o Registered Agents Inc.
7533 S. Center View Ct., Ste R
West Jordan, UT 84084

D Wood Hotel, LLC
c/o Registered Agent Inc.
7533 S. Center View Ct., Ste R
West Jordan, UT 84084


DM Funding LLC
Steve Disarro, CEO
6903 Congress Street
Wesley Chapel, FL 33543


Expedia Group
c/o Travelscape, LLC
PO Box 847677
Dallas, TX 75284-7677


FVP Investments, LLC
Attn: Keith Lee / Tom Betts
1201 Broadway, Ste 701
New York, NY 10001


G6 Hospitality Franchising LLC
6509 Wind Crest Drive,
Plano, TX 75024-3074


GreenLake Real Estate Finance
c/o Caroline Leritz, Esq.
1416 El Centro Street, Ste 200
CA 91036


HD Supply
P.O. Box 509058
San Diego, CA 92510-9058


Hubert Company
25401 Network Place
Chicago, IL 60673-1254

Islandaire
500 Middle Country Road
Saint James, NY 11780


Jagmohan Dhillon
8762 Preston Trace Blvd.
Frisco, TX 75033-3009


Koval Motel LLC
c/o Nevada Registered Agent LLC
732 S 6th Street, Ste R
Las Vegas, NV 89101


LG Fulfillment
1102 A1ANorth, Suite 205
Ponte Vedra Beach, FL 32082


Memos Pool and Spa Service
PO Box 1279
Tracy, CA 95377


Paramjit Kaur
8762 Preston Trace Blvd.
Frisco, TX 75033


Pepe's Landscaping
403 Serenade Way
San Jose, CA 95111


Persona Signs, LLC
700 - 21st Street Southwest
PO Box 56
Watertown, SD 57201-0056

PG&E
PO Box 997300
Sacramento, CA 95899-7300


Plastic Card Locktec
PO Box 679814
Dallas, TX 75267-9814


Quore
PO Box 6843
Carol Stream, IL 60197


RMRS Capital Lenders, LLC
2204 Sinclair Street
Carrollton, TX 75010


Royal Cup, Inc.
PO Box 841000
Dallas, TX 75284-1000


Sierra Hospitality, Inc.
8762 Preston Trace Blvd.
Frisco, TX 75033


Sky Unlimited, LLC
c/o Maluk Dhami
1986 Bridget Marie Drive
Modesto, CA 95351


SLWM
PO Box 21583
New York, NY 10087-1583

Sparks Hotels LLC
c/o Gerber Law Offices, LLP
491 4th Street
Elko, NV 89801


Specialized Security Services
4975 Preston Park Blvd., Ste 510
Plano, TX 75093


State Bank of Texas
c/o Thomas J. Irons, Esq.
12655 N. Central Expressway, Suite 1016
Dallas, TX 75243


State Bank of Texas
11950 Webb Chapel Road
Dallas, TX 75234


State Bank of Texas
c/o Thyne Taylor Fox Howard, LLP
John J. Thyne III, Esq.
205 E. Camarillo Street, Ste 100
Santa Barbara, CA 93101


State Bank of Texas
c/o Hatch Ray Olsen Conant LLC
Christopher J. Conant, Esq.
730 17th Street, Suite 200
Denver, CO 80202


Super 8 Worldwide, Inc.
22 Sylvan Way
Parsippany, NJ 07054-0278


Surendar Singh
8762 Preston Trace Blvd.
Frisco, TX 75033

Terminix Processing Center
PO Box 802155
Chicago, IL 60680


Trojan Systems Inc.
60 Rickenbacker Circle Suite A
Livermore, CA 94551


Underground Lending LLC
Shaneel Lalani
34 Peachtree Street NW, 28th Floor
Atlanta, GA 30303


Underground Lending LLC
c/o Jennifer Settles, Esq.
1956 E. Jeanine Drive, Ste 100
Tempe, AZ 85284


Underground Lending, LLC
c/o Beacon Default Management, Inc.
30101 Agoura Court, Suite 203
Agoura Hills, CA 91301


Velocity Accounts Receivable
PO Box 631310
Cincinnati, OH 45263-1310


Waterdogs Pools & Spa
933 Happy Valley Rd.
Pleasanton, CA 94566

## United States Bankruptcy Court
### Northern District of California

In re   **D Lassen LLC**                                           Case No.

                                    Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **D Lassen LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amandeep Dhillon**
**8762 Preston Trace Blvd.**
**Frisco, TX 75033-3009**

**Jagmohan Dhillon**
**8762 Preston Trace Blvd.**
**Frisco, TX 75033-3009**

☐ None [*Check if applicable*]

5/ 21/ 2025
_____
Date

**Michael Jay Berger**
Signature of Attorney or Litigant
Counsel for   **D Lassen LLC**
Law Offices of Michael Jay Berger
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax:(310) 271-9805**
**michael.berger@bankruptcypower.com**